# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Martinez Cruz,<br>a.k.a.: Jesus Martinez-Cruz,<br>(A088 767 598)<br>_Defendant_ | Case No. 17-516MJ |

ORIG
10/24/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Martinez Cruz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 19, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: _CEB_ Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

_Complainant's signature_

Steven T. Case,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 27, 2017

_Judge's signature_

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 24, 2017, Jesus Martinez Cruz was booked into the Maricopa County Jail (MCJ) facility by the Mesa Police Department on local charges. While in custody at the MCJ, Martinez Cruz was encountered by ICE Officer M. Kinter who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 26, 2017, Martinez Cruz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Martinez Cruz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Martinez Cruz to be a citizen of Mexico and a previously deported criminal alien. Martinez Cruz was removed from the United States to Mexico at or near Nogales, Arizona, on or about April 19, 2011,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Martinez Cruz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Martinez Cruz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Martinez Cruz was convicted of Re-Entry of Removed Alien, a felony offense, on April 18, 2011, in the United States District Court, District of Arizona. Martinez Cruz was sentenced to time served and three (3) years' supervised release. Martinez Cruz's criminal history was matched to him by electronic fingerprint comparison.

5. On October 26, 2017, Jesus Martinez Cruz was advised of his constitutional rights. Martinez Cruz freely and willingly agreed to provide a statement under oath. Martinez Cruz stated that his true and complete name is Jesus Martinez Cruz and that he is a citizen of Mexico. Martinez Cruz stated that he illegally entered the United States "no recuerdo," through Nogales.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 24, 2017, Jesus Martinez Cruz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

Nogales, Arizona, on or about April 19, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 27th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge